IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATENT GROUP LLC,<br>    Relator<br><br>v.<br><br>MAGNA-MATIC CORP.<br>    Defendant | §<br>§<br>§<br>§ Civil Action No. 2:11-cv-00093<br>§<br>§<br>§ JURY TRIAL DEMANDED |

ORDER ON PATENT GROUP, LLC AND MAGNA-MATIC CORP.'S
JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is Relator Patent Group, LLC ("Patent Group") and Defendant Magna-Matic Corp.'s ("Magna-Matic") Joint Motion to Dismiss with Prejudice Amended Complaint. The Court finds that the parties have entered into a settlement agreement to settle the claims made the basis of this lawsuit. After the consideration of the Motion, this Court finds that it is meritorious and should be GRANTED. Accordingly, the Court hereby DISMISSES WITH PREJUDICE Relator Patent Group's claims against Magna-Matic, with each party to bear its own attorney fees, expenses, and costs.

SIGNED this 12th day of September, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE